UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT E. SANCHEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:05-0154 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| CITY OF FRANKLIN, and | ) | |
| JAMES JOHNSON in his official | ) | |
| and personal capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Partial Summary Judgment filed by the defendants (Docket No. 22) will be **GRANTED**. The plaintiff's claim under the Tennessee Public Protection Act will be **DISMISSED** as to Mr. Johnson, the plaintiff's claim for retaliatory discharge under Tennessee common law will be **DISMISSED** as to both defendants, and the plaintiff's claim for violation of his First Amendment Rights under 42 U.S.C. § 1983 will be **DISMISSED** as to both defendants. The plaintiff's claim under the Tennessee Public Protection Act claim against the City of Franklin will remain for trial.

It is so ordered.

Enter this 25th day of October 2006.

ALETA A. TRAUGER
United States District Judge